No. 73–6395.   Terry v. Gray, Warden.   C. A. 7th Cir. Certiorari denied.

No. 73–6396.   F.R.W. v. Wisconsin.   Sup. Ct. Wis. Certiorari denied.

No. 73–6401.   Carbone v. Vukcevich, Prison Superintendent.   C. A. 3d Cir.   Certiorari denied.

No. 73–550.   Texasgulf Inc. v. Federal Power Commission;

No. 73–867.   Louisiana Power & Light Co. v. Federal Power Commission;

No. 73–868.   Louisiana Gas Service Co. v. Federal Power Commission;

No. 73–871.   Exxon Corp. et al. v. Federal Power Commission;

No. 73–872.   Louisiana et al. v. Federal Power Commission; and

No. 73–874.   New Orleans Public Service, Inc. v. Federal Power Commission.   C. A. 5th Cir.   Certiorari denied.   Mr. Justice Powell took no part in the consideration or decision of these petitions.

No. 73–1179.   Environmental Defense Fund, Inc., et al. v. Stamm, Commissioner, Bureau of Reclamation, et al.   C. A. 9th Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 73–5870.   Weldon v. United States.   C. A. D. C. Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 73–6158.   Gray v. Louisiana.   Sup. Ct. La.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.